BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C 98-86 CRB |
| Plaintiff, | |
| v. | **ORDER ON JOINT STIPULATION FOR AN EXTENSION OF TIME** |
| MARIN ALLIANCE FOR MEDICAL MARIJUANA and LYNNETTE SHAW, | |
| Defendants. | |

The parties' Joint Stipulation for an Extension of Time is hereby APPROVED. For good cause shown, Plaintiff's deadline to respond to Defendants' Motion to Dissolve Permanent Injunction is hereby extended up to and including July 17, 2015.

IT IS SO ORDERED.

Dated: June 23, 2015

_____
The Honorable Charles R. Breyer
United States District Judge

Order
Case No. C 98-86 CRB