IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 98-00086 CRB |
| Plaintiff, | **ORDER RE BRIEFING AND HEARING** |
| v. | |
| MARIN ALLIANCE FOR MEDICAL MARIJUANA, and LYNETTE SHAW, | |
| Defendants. | |

The Government is directed to submit supplemental briefing no later than Wednesday, August 19, 2015, in support of its position in this matter that Section 538 of the 2015 Appropriations Act "only prohibits the Department of Justice from expending funds appropriated during this fiscal year in actions directed against States that would prevent them from implementing their own laws authorizing the use, distribution, possession, or cultivation of medical marijuana." See Plaintiff's Memo. in Opp'n to Defendants' Mot. to Dissolve Permanent Injunction (dkt. 266) at 16–18. The supplemental briefing should cite to authority and specifically address the contrary interpretation expressed by the congressional authors of the clause in question. Defendants may file supplemental briefing or exhibits on this specific issue by the same deadline if they so choose. Both parties should come to the hearing prepared to discuss the interpretation and application of Section 538 to the instant motion. In light of the time line for supplemental briefing, the hearing is hereby rescheduled

for Friday, August 21 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 13, 2015



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

2