IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIN ALLIANCE FOR MEDICAL MARIJUANA, and LYNETTE SHAW,<br><br>    Defendants. | No. C 98-0086 CRB<br><br>**ORDER DIRECTING PARTIES TO ADDRESS THE CONTINUED FORCE OF SECTION 538** |

The Court hereby ORDERS the parties to address, in five pages or less, whether Section 538 of the Consolidated and Further Continuing Appropriations Act of 2015, Pub. L. 113-235, 128 Stat. 2130 (2014), remains in force following the passage of the Continuing Appropriations Act of 2016, H.R. 719, 114th Cong. (2015) (enacted). The parties are further ORDERED to submit their responses no later than Friday, October 9, 2015.

**IT IS SO ORDERED.**

Dated: October 5, 2015

                                              CHARLES R. BREYER<br>
                                              UNITED STATES DISTRICT JUDGE