BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>MARIN ALLIANCE FOR MEDICAL MARIJUANA and LYNNETTE SHAW,<br><br>          Defendants. | CASE NO. C 98-86 CRB<br><br>**ORDER ON JOINT STIPULATION FOR AN EXTENSION OF TIME AND A CONTINUANCE OF NOTICED HEARING DATE** |

The parties' Joint Stipulation for an Extension of Time and a Continuance of Noticed Hearing Date is hereby APPROVED. For good cause shown, the schedule relating to Defendants' Motion for Award of Attorneys' Fees and Costs is revised as follows:

  Plaintiff's deadline to respond:     May 6, 2016

  Defendants' deadline to reply:      May 20, 2016

  Hearing:                             June 17, 2016

IT IS SO ORDERED.

Dated: 12/4/2015                    _____
                                    The Honorable Charles R. Breyer
                                    United States District Judge

Order
Case No. C 98-86 CRB