BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C 98-86 CRB |
| Plaintiff, | |
| v. | **ORDER ON JOINT STIPULATION FOR AN EXTENSION OF TIME AND A CONTINUANCE OF NOTICED HEARING DATE** |
| MARIN ALLIANCE FOR MEDICAL MARIJUANA and LYNNETTE SHAW, | |
| Defendants. | |

The parties' Joint Stipulation for an Extension of Time and a Continuance of Noticed Hearing Date is hereby APPROVED. For good cause shown, the schedule relating to Defendants' Motion for Award of Attorneys' Fees and Costs is revised as follows:

| | |
|---|---|
| Defendants amended Motion: | May 2, 2016 |
| Plaintiff's deadline to respond: | June 17, 2016 |
| Defendants' deadline to reply: | July 15, 2016 |
| Hearing: | August 5, 2016 |

IT IS SO ORDERED.

Dated: April 18, 2016

_____
The Honorable Charles R. Breyer
United States District Judge