IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIN ALLIANCE, et al.,

    Defendant.

_____/

No.   C 98-86 CRB

**ORDER VACATING AUGUST 5, 2016 HEARING**

    The Marin Alliance for Medical Marijuana ("MAMM") moves for an attorneys' fee award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  <u>See</u> Motion for Attorneys' Fees (dkts. 325, 325-1).  The Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7–1(b) and VACATES the hearing currently set for August 5, 2016.  A reasoned opinion will follow.

    **IT IS SO ORDERED.**

Dated: August 4, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE